# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02666-DME-CBS

VIDSTONE, LLC, a Florida limited liability company doing business as Atshore Services,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Republic of Panama corporation, and
ON CALL INTERNATIONAL, LLC, a Delaware corporation,

    Defendants.

---

# ORDER

---

    This matter comes before the Court on Plaintiff Vidstone, LLC's unopposed motion to remand for lack of diversity jurisdiction. (Doc. 31.)  Before ruling on that motion, the Court seeks clarification of the parties' citizenship for purposes of determining whether there is diversity jurisdiction.

    In the body of the complaint, Vidstone alleges it is a Florida corporation (Doc. 3 ¶ 1), yet its name and the complaint's caption indicate that Vidstone is instead a limited liability company.  While a corporation is a citizen of the state of its place of incorporation and its principal place of business, see 28 U.S.C. § 1332(c)(1), a limited liability company, as an unincorporated association, is a citizen of the domiciles of each of its members, see Siloam Springs Hotel, L.L.C. v. Century Sur. Co., 781 F.3d 1233, 1234 (10th Cir. 2015).  Therefore, while it appears that Defendant Carnival Corporation is a citizen of Panama and Florida, it is not clear in what state(s) Plaintiff Vidstone, LLC

and Defendant On Call International, LLC, both apparently limited liability companies, should be deemed citizens.

The Court, therefore, directs Plaintiff Vidstone, within ten days of the date of this order, to file a brief of no more than five pages in support of its motion to remand, clarifying its citizenship and, if relevant to diversity, the citizenship of Defendant On Call International. Defendants may file a response brief, of no more than five pages, within ten days of the date Vidstone files its brief. Vidstone, in turn, may have five days to file a reply of no more than five pages, responding to any brief filed by Defendants.

Dated this __10th__ day of _____February_____, 2016.

BY THE COURT:

*s/ David M. Ebel*

_____
U. S. CIRCUIT COURT JUDGE