# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02666-DME-CBS

VIDSTONE, LLC, a Florida limited liability company doing business as Atshore Services,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Republic of Panama corporation, and
ON CALL INTERNATIONAL, LLC, a Delaware corporation,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Claim Against On Call International, LLC With Prejudice submitted by Plaintiff, Vidstone, LLC, and Defendant, On Call International, LLC (Doc. Nos. 44 and 46).

IT IS THEREFORE ORDERED THAT that all of Vidstone's claims against Defendant, On Call International, LLC are dismissed with prejudice, with both parties to pay their own respective attorneys' fees and costs. Defendant On Call International, LLC shall be eliminated from the caption in all future pleadings.

IT IS FURTHER ORDERED THAT Defendant's Motion to Dismiss Complaint filed by On Call International, LLC (Doc. No. 23) is DENIED as moot.

DONE AND SIGNED this __4th__ day of ___April___, 2016.

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE